So Ordered.

Signed this 21 day of March, 2019.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

------------------------------------

IN RE:                                              Case No. 17-12181

    Umberta Perillo                                 Chapter 13

                         Debtor.

------------------------------------

**ORDER OF VOLUNTARY DISMISSAL**

    Umberta Perillo, Debtor, hereby gives notice pursuant to 11 U.S.C. §1307(b) that she voluntarily dismisses this Chapter 13 proceeding.

Dated:  March 20, 2019

_____
BY: Justin Myers, Esq.

_____
BY: Umberta Perillo, Debtor